**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ALFRED SELF,

                Petitioner,                Case Number: 2:08-CV-11116

v.                                          HON. LAWRENCE P. ZATKOFF

LLOYD RAPELJE,

                Respondent.
_____/

**ORDER**

Petitioner has applied to proceed *In Forma Pauperis* during his appeal of the Court's Opinion and Order summarily dismissing his Petition for Writ of Habeas Corpus, entered on March 31, 2008. Section 1915(a)(3) of Title 28 of the United States Code states that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."

In its March 31 Opinion and Order, the Court also declined to issue a certificate of appealability, finding that reasonable jurists would not find the Court's assessment of Petitioner's constitutional claims debatable or wrong. In light of this finding, the Court concludes that Petitioner's appeal cannot be taken in good faith. Accordingly, Petitioner's Application to Proceed *In Forma Pauperis* is HEREBY DENIED.

IT IS SO ORDERED.


                                      s/Lawrence P. Zatkoff  
                                      LAWRENCE P. ZATKOFF  
                                      UNITED STATES DISTRICT JUDGE

Dated: June 10, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 10, 2008.


                                      s/Marie E. Verlinde  
                                      Case Manager  
                                      (810) 984-3290